UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 11-2024 MK |
| v. | ) |
| ZEESHAN KHALID SYED aka "Sunny" | ) ORDER |
| RODNEY THOMAS REED | ) Motion Granted. |
| MAURICE FERGUSON aka "Fat Moe" | ) |
| DANIEL MEDINA | ) |
| JOSE AMADOR aka "MAYO" | ) |

## MOTION TO UNSEAL COMPLAINT

The United States hereby moves to have the Complaint filed in this case unsealed as to the defendants captioned above due to the fact that those five defendants have been arrested. The United States further requests this Court continue to keep the complaint under seal as to the remaining defendants and that the copy of the affidavit provided to the defendants in custody be redacted regarding any information pertaining to the other proposed defendant who have not been arrested.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY /s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151