UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11-2024 MK |
| v. | ) | |
| | ) | |
| ZEESHAN KHALID SYED aka "Sunny," | ) | |
| et al. | ) | |

ORDER
Motion Granted.
E. Clifton Knowles
U.S.M.J.

## MOTION TO UNSEAL COMPLAINT

The United States hereby moves to have the Complaint filed in this case unsealed as to all the defendants.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY /s/ Brent A. Hannafan
Brent A. Hannafan
Assistant United States Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151