IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| [1] ZEESHAN SYED, ) | |
| [3] DANIEL MEDINA, ) | |
| [5] RODNEY REED, ) | No. 3:11-00083 |
| [6] MAURICE FERGUSON, ) | Chief Judge Haynes |
| [10] MISEAL MOLINA, ) | |
| [11] BENJAMIN SQUIRE, ) | |
| [12] RONNIE COLLINS NORMAN, ) | |
| [13] ANTONIO ERVIN, ) | |
| [16] HONER OSMAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The sentencing hearing is set in this action for **Monday, June 3, 2013 at 3:00 p.m.** By **Friday, May 24, 2013,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the 7th day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court